UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOI HORN,
    Petitioner,

v.                                                       Case No. **00-cr-90036**

UNITED STATES OF AMERICA,
    Respondents.

---

## MOTION TO REOPEN CASE

This Motion arises out of an ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION OF DEFENDANT TO DETERMINE MENTAL CAPACITY see Doc 495. This incident happened fourteen to fifteen years ago in which it was never resolved. TOI HORN is at a disadvantage to move forward with their life because of the unresolved ORDER that this court never completed. We request to reopen this case immediately to proceed in completing the ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION OF DEFENDANT TO DETERMINE MENTAL CAPACITY for TOI HORN immediately upon receipt. This cause is not going away. A Certificate was never filed by the director of the facility. Toi Horn completed the Psychological Exam to determine her mental capacity; however, the director of the facility failed to

complete the ORDER of the U.S. District Judge, Marianne O. Battani. WE request that this court reopen the case so that Toi Horn, POA, can locate the Certificate that should have been filed with the clerk of this court. Again, the director of the facility failed to complete the ORDER. Toi Horn, POA of TOI HORN, needs the Certificate immediately from the Clerk of this Court. This case must be reopened to find and or locate the Certificate so that Toi Horn can receive a copy of the Certificate which is a security. Please respond immediately to this request.

Respectfully,

Date: April 26, 2021

Toi J. Horn, POA

Toi Horn, POA
c/o 10312 Garson Terrace
Lanham, Maryland 20706

T. Horn
c/o 10312 Garson Terrace
Lanham, Maryland
20706

Clerk's Office
U.S. District Court For the Eastern District of Michigan
231 West Lafayette Blvd.
Detroit, Michigan 48226

48226-270099

CAPITAL DISTRICT 208
26 APR 2021 PM 4 L

RECEIVED
MAY - 3 2021
U.S. CLERK'S OFFICE
DISTRICT COURT