# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOI HORN,

    Defendant.
_____/

Case No. 00-cr-90036
Hon. Matthew F. Leitman

## ORDER DENYING DEFENDANT'S REQUEST TO RECEIVE A COPY OF THE CERTIFICATE (ECF No. 752)

More than sixteen years ago, Defendant Toi Horn pleaded guilty in this Court to one count of aiding and abetting wire fraud in violation of 18 U.S.C. §§ 2, 1343 pursuant to a Rule 11 Plea Agreement. (*See* Superseding Information, ECF No. 432; Plea Agmt., ECF No. 422.)  Prior to sentencing, the Judge then presiding over Horn's case ordered Horn to undergo a psychiatric evaluation. (*See* Order, ECF No. 495.) It appears that Horn underwent that evaluation, and the Court ultimately determined that Horn was competent to proceed to sentencing. (*See* 3/23/2006 Hr'g Tr., ECF No. 558, PageID.2960-2961.)  On March 24, 2006, the Court sentenced Horn to six months imprisonment with credit for time served. (*See* Judgment, ECF No. 553.) Horn was released from custody on April 4, 2006. (*See* ECF No. 560.)  Horn's case has been closed for over fifteen years.

1

On April 26, 2021, Horn returned to the Court and filed a motion to re-open this case. (*See* Mot., ECF No. 747.)  It appeared that Horn wanted the case to be re-opened so that the director of the facility where Horn underwent the psychological evaluation prior to sentencing could complete a certificate arising out of that evaluation. (*See id.*)  The Court denied the motion on May 6, 2021. (*See* Order, ECF No. 748.)  Horn did not seek reconsideration of that ruling; nor did Horn seek to appeal.

On August 26, 2021, Horn filed a new request with the Court titled "Request to Receive a Copy of the Certificate." (*See* Req., ECF No. 752.)  In the request, Horn again requests a copy of a certificate from the director of the facility where Horn underwent the psychological evaluation. (*See id.*)  For all of the reasons stated in the Court's May 6, 2021, order, Horn's request is **DENIED**.  Horn has not sufficiently explained why Horn needs the certificate or why it would be appropriate to provide it at this time. Simply put, Horn has not shown an entitlement to any relief.

**IT IS SO ORDERED**.

Dated:  December 13, 2021

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 13, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
